JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, by and through her guardian ad litem DIANNA LARA; DIANNA LARA, an individual;<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>OXNARD UNION HIGH SCHOOL DISTRICT; PENELOPE DE LEON; VERONICA RUFFIN; AARON LUOMA; EARL CARTER; STEPHEN GARRETSON; WENDY CANDELLAS; ALANA FLORES; ASHLEY ORTEGA; JANE DOE 2; JANE DOE 3; DOES 4 through 10, inclusive,<br><br>　　　　　　Defendants, | Case No. 2:20-CV-05276-RGK-PD<br><br>~~[PROPOSED]~~ **ORDER RE DISMISSAL WITHOUT PREJUDICE**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

WHEREAS no Defendant in this action has filed an Answer or Motion for Summary Judgment, the matter of *Jane Doe 1 V. Oxnard Union High School District; Penelope De Leon; Veronica Ruffin; Aaron Luoma; Earl Carter; Stephen Garretson; Wendy Candellas; Alana Flores; Ashley Ortega; Jane Doe 2; Jane Doe 3; Does 4 through 10, inclusive,* Case No. 2:20-CV-05276-RGK-PD is ordered dismissed without prejudice.

Dated: August 28, 2020

By: /s/ Gary Klausner

JUDGE OF THE UNITED STATES DISTRICT COURT